John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**JO C. LUTNESS** | No. 2:15-MD-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Jo C. Lutness

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   DE

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
DE

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
DE

7. District Court and Division in which venue would be proper absent direct filing:
United States District Court for the District of Delaware

8. Defendants (Check Defendants against whom Complaint is made):
   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☒ Diversity of Citizenship
   ☐ Other: _____
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express
    ☐ G2® X Vena Cava Filter
    ☐ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter
    ☒ Denali® Vena Cava Filter

|     |     |     |     |
| --- | --- | --- | --- |
| | ☐ | Other: _____ |
| 11. | Date of Implantation as to each product: |
| | 9/3/2015 |
| | _____ |
| 12. | Counts in the Master Complaint brought by Plaintiff(s): |
| | ☒ | Count I: | Strict Products Liability – Manufacturing Defect |
| | ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| | ☒ | Count III: | Strict Products Liability – Design Defect |
| | ☒ | Count IV: | Negligence - Design |
| | ☒ | Count V: | Negligence - Manufacture |
| | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| | ☒ | Count VII: | Negligence – Failure to Warn |
| | ☒ | Count VIII: | Negligent Misrepresentation |
| | ☒ | Count IX: | Negligence *Per Se* |
| | ☒ | Count X: | Breach of Express Warranty |
| | ☒ | Count XI: | Breach of Implied Warranty |
| | ☒ | Count XII: | Fraudulent Misrepresentation |
| | ☒ | Count XIII: | Fraudulent Concealment |
| | ☒ | Count XIV: | Violations of Applicable DE Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | ☐ | Count XV: | Loss of Consortium |
| | ☐ | Count XVI: | Wrongful Death |
| | ☐ | Count XVII: | Survival |
| | ☒ | Punitive Damages |
| | ☒ | Other(s): | All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact. (please |

state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

By: */s/ John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

I hereby certify that on this 1st day of March, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ John A. Dalimonte*